UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

JOSE REYES,  20-cv-08816 (ALC)

                     Plaintiff,

                     Proposed Default Judgment

   -against-

El JOBITO SEAFOOD RESTAURANT INC.
d/b/a EL JOBITO RESTAURANT and JUAN
ARIAS, individually

                     Defendants.

-------------------------------------------------------------------------------X

      A Memorandum and Order of the Honorable Andrew L. Carter, United States District Judge, having been filed on _____, granting Plaintiff's motion for a default judgment; and directing the Clerk of Court to enter a judgment against Defendants, jointly and severally, in the amount $196,304.96, made up of $88,818.75 in unpaid wages, $77,418.75 in in liquidated damages under the FLSA, $11,400.00 in liquidated damages under the NYLL, $1,720.96 in prejudgment interest and $10,000.00 in notice damages under the NYLL and $6,936.50 in attorney fees and costs.

      ORDERED AND ADJUDGED that Plaintiff's motion for a default is granted; and that judgment is hereby entered in favor of Jose Reyes and against Defendants El Jobito Seafood Restaurant Inc. and Juan Arias, individually, jointly and severally, in the amount of $196,304.96.

Dated:   April , 2021
          New York, New York

                                                     Ruby J. Krajick

                                                   Clerk of Court

                                                   By:   /s/_____
                                                             Deputy Clerk