UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2022

**JOSE REYES,**

      **Plaintiff,**

  -against-

**EL JOBITO SEAFOOD RESTAURANT INC.** and **JUAN ARIAS,**

      **Defendant.**

20-cv-8816 (ALC)

<u>ORDER OF DISCONTINUANCE</u>

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated: January 19, 2022
    New York, New York

*[signature: Andrew L. Carter]*

        **ANDREW L. CARTER, JR.**
        **United States District Judge**