```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSE REYES,**<br><br>       **Plaintiff,**<br><br>  -against-<br><br>**EL JOBITO SEAFOOD RESTAURANT INC.** and **JUAN ARIAS,**<br><br>       **Defendant.** | **20-cv-8816 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' revised settlement agreement. ECF No. 50. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

  The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: April 25, 2022
     New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**